We're not going to launch this presentation without asking you to do the things that you think are the most important for safety. We need to work. This is a key point I want to call upon you to do. And so, usually when you speak, actually, about the Board of Management Standards, or what we're about to say, what it says is that we need to understand that the officers are there. They must not shoot. We are a suspect. We refuse to be out drunk at night. We stand and get into a room full of people, in this case, a minor. And the suspect has to be put down. And what would be a striking incident at a time when the officers were removing large There is a need to clearly establish that combination, such that no reasonable officer will be shown here. To the contrary, that is the case we've used here. We've put on hold. So, we want to help our first responders, which is actually our two more men, who are suspects. His arms are hanging up. He refuses to put him on a bed. He demands to be put down. And there is even the possibility that he might do so at someone else's, including the officers. And this may not be how we think it should be. So, an officer being there would be in an incident that is affecting the victim. This is a very risky scenario, which I understand. There is a client, a consultant, a lawyer. This case also, it says, it's staffed by speaklers. By people in an operating room. They're judged by a statement that you need to be able to exert strength and force and to be in proximity to this person. Well, I think, you know, these are scenarios that are going to have significant changes. Well, my understanding is that the officers are required to, I mean, it's a question of taking time with these activities. It's a big deal, not a small deal. It's not something that the officers should disregard. And, you know, I wish that these changes would seem to work. Let me give a couple of responses that are interesting. I mean, the first is that there's no issue. I think that's right. There's no issue. The second is that there's no issue. I think that's right. I think that's right.   I think it's right. It's right. I think it's right. No, I don't think it's right. I don't think that's right. I think it's right. It's an extremely dangerous weapon. It can do so much in the brain. It's got a very sharp point and it can only do so much in the brain. Well, in the case of the officers, I would love to suggest that some people are staffed here. And what I find is that they're still working on some committee issues. So, you know, I think it's important that the person who is in charge of the strategy is as part of the strategy as well as the person who is in charge of the staff. I think that's a good point. And so they all get together sometimes. The teams are sitting around looking around. And Sherry said that she worked with her senior party members. And she said that she's on a few of those tasks that are being covered. And she's not in Central Bayfield. It was over in the Tartans. And so it's absurd. Okay. So I actually was going to say, let's find out what's going on. And they find out that there's a committee meeting. And then there's a discussion. I mean, I assume you all agree that there's a policy strategy. But, you know, I don't know. I don't see what I see. We do. Absolutely. We do. It's a serious thing. Okay. I don't know. I don't know. I don't know. I don't know. I don't know. I don't know. They don't know that. You know, actually, for status issues, for some, they don't know that. They don't know if anyone else is in the gathering. They had an officer with them who had actually been transitioned. And they don't know if anyone's been there. So they do what any officer would do. Let's just get some spectrum. We can see and we'll find out what's going on. And we can see all the labors that have been doing it. Which, I think, that's actually what the case is. And she's cutting at 53%. And where the woman was in the room, she was closed in the room, but it wasn't ruled out that someone might be in the room with her. It wasn't located. It's actually not. It's definitely not on mobile. It was totally hidden. And it's generally not accessed. So I want to return to the qualified communities point, which I think is very important here, because we are talking about the most of the officers here. They don't know about their colleagues in the hospital. They've never seen her. And I'd like to return in a moment to why I've inferred it's not a distinguished role that peers have an interception through their characterization or their behavior. They have to be inferred. But I also rely on the mean versus community view. And at the 2013 case in this court, there was a question that we asked the courts. I've already taken care of it. The officers, like you've heard, applied rare versus moderate in this case. And there were two versions of this court. One version said that the officers, because there was an issue in the audit, that it was too late to take the officers off on their shot, where the man raised the gun to one step forward and immediately shot Dr. Brown without giving any warning on who he had to talk to next. But more than just his perspective, she also said at the end of the 2013, about whether it was reasonable for the officers to shoot in that situation. Without the chief's comment, it was sent to the court by the 2013. And the chief's comment was that it was clearly established in 2010 that these officers were not shooting, more than clearly established on the right hand side. Well, hey, that's just what people say. And the fact is, what this court we had to find, the denying officers all have to be here, and that every single officer was shot, and it's not how she answered the question. Just to answer your question, I know often it falls under the name, it's the name of the officers, the name of the crime. But in a lot of cases, we're involved by the name, but it may seem to all the majority, because of facts and stories. Indeed, that's the Supreme Court, in our law, what she said about being involved by the name, she probably would carry as opposed to subjecting. I think the question of qualified immunity is always a question of law. There may sometimes be disputed facts where the actual legal rule that controls the case is going to depend on facts that the jury finds. And so, if they were the case that I was here arguing, you should leave ours to be balanced and not replace it. And I think that would certainly be a jury question. The jury would decide what happens, and if the court would decide whether qualified immunity applied after the jury had confessed. But here, we are assuming all facts in the census paper, in this moment, have been defined by the officers in which they're dealing. Next, there's no case that clearly depicts the fact that they are so sure they know what happened on the shore, that they are so sure that the case is closed. So, if you walk on this block, and one of these things over, he's barely stopping and trying to get back to the time that it took for these evidence to be moving away, or at least moving to the side. And so, there's an indication that he's not actually correcting the officers. Those are all facts in the in the in the paper. Next, there's no case that clearly indicates that the officers are so sure that to move away, or at least moving that clearly indicates that the officers are so sure that they know what happened on the shore. Next, that clearly indicates that the officers are so sure that they know what happened on the shore. So, if you walk on this block, and one of these things to the time that it took for these evidence to be moving away, or at least moving that clearly  that the officers are so sure that they know what happened on the shore. Next, the next one indicates that the officers    on the shore. So, if you walk  and one of these things to the time that it took for these evidence to be moving away, next, the next point indicates that the officers in front of you are important. So, next, it's very obvious that these officers are important. If he's talking to the police officers, he's trying to be on the point and he can say that he's not, he was not in a particular place as he's standing in the red light and he was turning to the right at an angle of 60 degrees from the officers. So, even at those places where the evidence was pointing at him, if he's turning to the right, he's turning into the living room. That is where the TV is on. And once he's in the living room, that's    is in that room and that is where  is pointing at him. And that's where the evidence is pointing at him and that's where the evidence is pointing at him. And so what we found in the evidence was on a      could not have with him but has the seems to with him and he really doesn't believe that any excuse any excuse at all. So first of all, I'm going to end here because I think that you don't need a high probability that someone is a presidential or a board of officers or large institutions   in charge of the administration. So I'm going to end here because I think that you don't need a high probability that someone is a presidential or a large institution           here because I think that you don't need a high probability that someone is a board of officers or a large institution here because  think that you don't need a high probability that someone is a board of officers here because of officers here because think that you don't need a high probability that someone is a board of   because think  you don't need a officers here because think  you don't need a high probability  someone is a board  officers here because think  don't need a high here because think  need a high don't need a high  that is a  of officers here because
judges: Gould, Berzon, Sessions